UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DOMINIQUE NASH, KWAMIE GAINES, AND TEQUILA CARTER<br><br>VERSUS<br><br>SABLE CHASE APARTMENTS, BIG SABLE CHASE AT SHERWOOD APARTMENTS, LLC, COTTONWOOD RESIDENTIAL, ABC INSURANCE COMPANY | CIVIL ACTION<br><br>NO. 17-941-JWD-EWD |

## OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report dated October 20, 2017, to which no objection was filed:

Based on the Memorandum Concerning Subject Matter Jurisdiction and Withdrawing of Notice of Removal, **IT IS ORDERED** that this matter is remanded to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Signed in Baton Rouge, Louisiana, on <u>November 7, 2017</u>.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA